Peter Strojnik, 006464
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *Strojnik@aol.com*
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CLIPPER INVESTMENTS, LLC, a Nevada limited liability company; PETER STROJNIK, P.C., an Arizona Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ABC DEFENDANTS 1-10 d/b/a CORPORATE TRAVEL DEPARTMENT and/or VACATION CLEARANCE CENTER AND TOUR and/or HUMAN RESOURCES DEPARTMENT and/or SIERRA TRAVEL GROUP and/or TRAVEL SPECIAL, all fictitious entities; UNIDENTIFIED DEFENDANTS 11-50.<br><br>Defendants. | NO.<br><br>**CLASS ACTION COMPLAINT FOR INJUNCTIVE RELIEF AND FOR DAMAGES ARISING OUT OF TRANSMISSION OF UNSOLICITED FAXES - 47 U.S.C. § 227**<br><br>**REQUEST FOR TRIAL BY JURY** |

Plaintiff alleges, on Plaintiff's on behalf and on behalf of a class of persons defined below, as follows:

**THE PARTIES, JURISDICTION AND VENUE**

1) Plaintiff CLIPPER INVESTMENTS, LLC is a Nevada limited liability company conducting business in Maricopa County, State of Arizona.

2) Plaintiff PETER STROJNIK, P.C. is an Arizona Professional Corporation authorized to and conducting business in Maricopa County, State of Arizona.

3) ABC DEFENDANTS 1-10 are doing business as CORPORATE TRAVEL DEPARTMENT and/or VACATION CLEARANCE CENTER AND TOUR and/or HUMAN RESOURCES DEPARTMENT and/or SIERRA TRAVEL GROUP and/or TRAVEL SPECIAL, all of which are fictitious entities.

4) UNIDENTIFIED DEFENDANTS 11-50 are persons and entities who:

a) are primarily liable to named Plaintiffs and the members of the Class by virtue of their authorization of the distribution of Unsolicited Faxes, or in their participation in the preparation of the Unsolicited Faxes; and/or

b) are secondarily liable under the theory of civil conspiracy and aiding and abetting Corporate Travel Department, Vacation Clearance Center And Tour, Human Resources Department, Sierra Travel Group, And Travel Special in violation of 47 U.S.C. § 227 as more fully alleged below.

5) Upon information and belief, Defendants are the citizens of the State of Florida.

6) This Court has personal jurisdiction over all Defendants by virtue of the following facts:

a) Defendants caused numerous unsolicited faxes to be transmitted to at least two recipients in the State of Arizona; and

b) The State of Arizona has interest in providing a forum for its residents, including the named Plaintiffs and the Class identified herein; and

c) It would be extremely burdensome for named Plaintiffs to access another forum; and

d) Upon information and belief, all Defendants continuously and systematically transmitted unsolicited faxes to the State of Arizona; and

e) Defendants purposefully availed themselves of economic benefits and resources of the State of Arizona in conducting their business here; and

f) Defendants may be hailed in court here under the liberal "effects" test in this tort action; and

g) Defendants did and should have foreseen being hailed to Court in the State of Arizona.

7) Defendants transmitted unsolicited faxes to the named Plaintiffs as follows:

   a) Under the fictitious name of Corporate Travel Department, Defendants transmitted to named Plaintiffs unsolicited faxes appearing in Exhibit 1 attached hereto.

   b) Under the fictitious name Vacation Clearance Center and Tour, Defendants transmitted to named Plaintiffs unsolicited faxes appearing in Exhibit 2 attached hereto.

   c) Under the fictitious name Human Resources Department, Defendants transmitted to named Plaintiffs the unsolicited faxes appearing in Exhibit 3 attached hereto.

   d) Under the fictitious name Sierra Travel, Defendants transmitted to named Plaintiffs the unsolicited faxes appearing in Exhibit 4 attached hereto.

   e) Under the fictitious name Travel Special, Defendants transmitted to named Plaintiffs the unsolicited faxes appearing in Exhibit 5 attached hereto.

8) At times relevant hereto, Defendants were engaged in mass facsimile transmissions of unsolicited faxes in violation of Telephone Consumer Protection Act of 1991 and the Junk Fax Prevention Act of 2005 ("TCPA"), 47 U.S.C. § 227 *et seq.* case ("TCPA"). Pursuant to the TCPA, Defendants are liable in statutory damages the sum of $500 to $1,500 for each

unsolicited fax. Therefore, upon information and belief, the amount of controversy in this exceeds the statutory requirement of 5 million dollars.

9) This Court has original jurisdiction over this matter by virtue of the Class Action Fairness Act, 28 U.S.C. § 1332(d) requiring minimum diversity and the amount in controversy exceeding 5 million dollars. Actual diversity exists between named Plaintiffs and Defendants.

10) The venue is proper in this Court pursuant to 28 U.S.C. §§1391 *et seq.*

**CLASS ACTION ALLEGATIONS**

11) This class action is brought on behalf of named Plaintiffs and the Class of persons who received unsolicited fax advertisement(s) to their facsimile machines.

12) Named Plaintiffs claim and allege that Defendants' use of the telephone facsimile machine, computer, or other device to send an unsolicited facsimile advertisement to a telephone facsimile line violates the TCPA. This cause of action is specifically authorized pursuant to Arizona Revised Statutes § 44-1482(C).

13) Named Plaintiffs bring this action in named Plaintiffs' individual capacity as well as on behalf of a class of persons and entities similarly situated (the "Class").

14) Named Plaintiffs operate businesses located in Maricopa County, State of Arizona, and receive and have received unsolicited faxes that caused them damages due to the loss of paper and toner, the temporary loss of use of the facsimile machine and computer, the potential loss of business, and a violation of its right to privacy.

15) Defendants knowingly or intentionally transmitted said unsolicited advertisements or caused said unsolicited advertisements to be transmitted to Plaintiff and the members of the Class.

16) Defendants had direct personal participation in or personally authorized the sending of said unsolicited advertisements to Plaintiff and the members of the Class.

17) Defendants did not have an established business relationship with the named Plaintiff or the members of the Class.

18) Said unsolicited facsimiles did not contain in a margin at the top or bottom of each transmitted page or on the first page of each transmission, an identification of the business, other entity, or individual sending the message, and the telephone number of the sending machine or of such business, other entity, or individual.

19) The sending of the unsolicited faxes is unlawful under the TCPA.

20) As a direct and proximate result of Defendants' conduct heretofore described, named Plaintiffs and the members of the Class suffered damages due to the loss of paper and toner, the temporary loss of use of their facsimile machine and the potential loss of business while its facsimile machine was in use.

21) This Class Action is brought and may be maintained pursuant to Rule 23, Federal Rules of Civil Procedure.  Plaintiff seeks to represent a Class comprised of:

> All persons who received an unsolicited advertisement though a facsimile transmission from Defendants or for which Defendants are otherwise primarily or secondarily liable at any time during the applicable statute of limitations.

22) This action is properly brought as a class action pursuant to Rule 23, F.R.C.P., for the following reasons:

a)  The class is so numerous that joinder of all members is impracticable; and

b)  There are questions of law or fact common to the class, to wit:

   i) Whether Defendant violate the TCPA when transmitting the unsolicited faxes in the form attached as Exhibits 1 through 5 or in a similar manner; and

   ii) Whether the facsimiles that are the same or similar to those in Exhibits 1 through 5 constitute "unsolicited advertisements" under TCPA; and

   iii) Whether named Plaintiffs and the members of the Class are entitled to damages under the TCPA; and

   iv) Whether named Plaintiffs and the members of the Class are entitled to treble damages under the TCPA; and

   v) Whether named Plaintiffs and the members of the Class are entitled to injunctive relief under the TCPA; and

   vi) Whether named Plaintiffs and the members of the Class are entitled to declaratory relief.

c) The claims or defenses of the representative parties are typical of the claims or defenses of the Class because all members of the Class received the same faxes; and

d) The named Plaintiff will fairly and adequately protect the interests of the class because:

   i) Named Plaintiffs seek no relief that is antagonistic to the other members of the Class; and

   ii) Named Plaintiffs have no established business relationship with any Defendant or any potential additional Defendant; and

   iii) Named Plaintiffs intends to vigorously pursue the claims of the Class; and

   iv) Named Plaintiffs are represented by counsel with 28 years of experience in litigation matters who is competent in representing the interests of the Class.

e) A Rule 23 Class Action is superior to any other available means for the adjudication of this controversy in the following particulars:

　　i) This action will cause an orderly and expeditious administration of the Class's claims; and

　　ii) The economies of time, effort and expense will be fostered; and

　　iii) Uniformity of decisions will be ensured at the lowest costs and with the least expenditures of judicial resources.

f) Because of the size of the Class, the expense and burden of individual litigation makes it impractical for the individual members of the Class to individually seek redress for the wrongs done to them.  Named Plaintiffs believe that the members of the Class, to the extent they are aware of their rights against Defendant, would be unable to secure counsel to litigate their claims on an individual basis because of the relatively small nature of the individual damages warranted and/or the value of individual injunctive relief.  Hence, a class action is the only feasible means of recovery for the members of the Class.  Furthermore, without a class action, the members of the Class will continue to suffer damages and Defendant will continue to violate federal law, retaining and reaping the proceeds of their wrongful marketing practices.

g) Plaintiff does not anticipate any difficulty in management of this action because the evidence proving Defendants' violations of the TCPA is ascertainable through discovery.  The identities of the members of the Class are known by Defendants, and damages can be calculated from Defendant's records. This action poses no unusual difficulties that would impede its management by the Court as a Class action.

**COUNT ONE**
(Violation of the Telephone Consumer Protection Act)
(47 U.S.C. § 227 *et seq*)

23) Defendants or their agents used a telephone facsimile machine, computer, or other device to send unsolicited advertisements to telephone facsimile machines to Plaintiff and the members of the Class.

24) On information and belief, in each instance Defendants transmitted or caused to be transmitted unsolicited faxes to telephone machines themselves, or had a high degree of involvement in the transmission of the unsolicited faxes to telephone facsimile machines. For example:

a) Defendants knew that the transmitted faxes were advertisements;

b) Defendants participated in the preparation of their content;

c) Defendants provided or obtained the fax telephone numbers of Plaintiff and the members of the Class;

d) Defendants compensated a third party for transmitting the unsolicited faxes to telephone facsimile machines; and/or

e) Defendants knew that Plaintiff and the members of the Class had not authorized the faxes' transmission by prior express invitation or permission.

25) As a direct and proximate result of said conduct, Plaintiff and members of the Class have sustained damages. Under the TCPA, Plaintiff and each member of the Class are entitled to injunctive and declaratory relief enjoining Defendant's unlawful conduct, as well as incidental statutory damages.

26) As a result of said conduct, Plaintiff and members of the Class suffered property damage, and Defendant has invaded their privacy.

**COUNT TWO**
(Declaratory Judgment)

27) Plaintiff realleges all allegations heretofore set forth.

28) This count is brought pursuant to the Arizona version of the Uniform Declaratory Judgment Act, A.R.S. § 13-1821 *et seq* and the Federal Declaratory Judgment Act 28 U.S.C. § 2201 *et seq.*

29) A justiciable controversy exists between Plaintiff and the members of the Class and Defendants regarding the legality of Defendants' unsolicited fax transmissions.

30) Defendants claim, or may claim, that their conduct in sending unsolicited fax transmissions does not violate the TCPA.

31) Defendants claim, or may claim, that they obtained express invitation or consent to send the faxes to Plaintiffs and the members of the Class.

32) Defendants claim, or may claim, that they enjoyed an established business relationship with the named Plaintiffs and the members of the Class.

33) Named Plaintiffs claim that Defendants' practices violate the TCPA.

**COUNT THREE**
(Civil Conspiracy)

34) Named Plaintiffs realleges all allegations heretofore set forth.

35) Defendants agreed among themselves to engage in a course of conduct involving a violation of 47 U.S.C. § 227.

36) Defendants agreed to accomplish an unlawful purpose or to accomplish a lawful object by unlawful means, causing damages to named Plaintiffs and the members of the Class.

37) Named Plaintiffs and the members of the Class have been damaged by acts committed by Defendants pursuant to the civil conspiracy described above.

38) Defendants' conduct was intentional and premeditated, intended to unjustly benefit Defendants at the expense of the named Plaintiffs and the members of the Class, entitling named Plaintiffs and the members of the Class to punitive damages in an amount sufficient to deter these Defendants and others similarly situated from repeating or committing the wrongful acts complained of herein, but in no event less than $5,000,000.00 each.

**COUNT FOUR**
(Aiding and Abetting)

39) Named Plaintiffs reallege all allegations heretofore set forth.

40) Defendants aided and abetted one another as follows:

a) The sender of the Unsolicited Faxes committed a violation of the TCPA; and

b) Defendants knew that the sender of the Unsolicited Faxes violated the Telephone Consumer Protection Act; and

c) The Defendants substantially assisted or encouraged the sender of the Unsolicited Faxes in the following non-exclusive actions:

i) They provided the information contained in the Unsolicited Fax; and

ii) They provided the opportunity to the sender of the Unsolicited Faxes to violate the TCPA; and

iii) They sought the benefits of the Unsolicited Faxes; and

iv) They accepted the benefits of the Unsolicited Fax.

41) Named Plaintiffs and the Class have been harmed by Defendants' aiding and abetting.

42) Defendants are responsible to named Plaintiffs and the Class as aiders and abettors for the same amount of damages as the principal violators of the TCPA.

43) Defendants' conduct was intentional and premeditated, intended to unjustly benefit Defendants at the expense of the named Plaintiffs and the members of the Class, entitling named Plaintiffs and the members of the Class to punitive damages in an amount sufficient to deter these Defendants and others similarly situated from repeating or committing the wrongful acts complained of herein, but in no event less than $5,000,000.00 each.

**RELIEF SOUGHT**

Plaintiffs pray for relief as follows:

a) For Certification of the Class pursuant to Rule 23 of the Federal Rules of Civil Procedure; and

b) For extraordinary, equitable, and/or injunctive relief as permitted by law to ensure that Defendants will not continue to send unsolicited faxes; and

c) For judgment in the amount of $500.00 for each member of the Class for incidental statutory damages for each individual unsolicited fax received from Defendants; and

d) For judgment in the amount equal to three times the damages to Plaintiffs and each member of the Class under the TCPA, to wit, $1,500.00 for each member of the Class; and

e) For a declaration that Defendants have violated the TCPA because they failed to obtain express invitation or consent to send the subject facsimiles to Plaintiff or the Class; and

f) For a declaration that Defendants violated the TCPA because they did not enjoy an established business relationship with Plaintiff or the members of the Class; and

g) For judgment for costs and fees incurred in connection with this action, including reasonable attorneys' fees, expert witness fees, and other costs, as provide by law; and

h) For punitive damages in an amount sufficient to deter these Defendants and others similarly situated from repeating or committing the wrongful acts complained of herein, but in no event less than $5,000,000.00 each.

i) For such other and further relief as the Court may deem just and proper.

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests a trial by a jury on all issues triable by a jury.

RESPECTFULLY SUBMITTED this 17th day of June, 2008.

PETER STROJNIK

Peter Strojnik
Attorney for the Plaintiff

# EXHIBIT 1

# Corporate Travel Department Unsolicited Faxes

Corp Travel Dept PAGE 1

To: All Employees
From: Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Three Vacations for the price of one!!

Your vacation package includes:
**A 4 Day and 3 Night:**
BAHAMAS CRUISE!

*And Island stay, all meals included on the ship!!*
**3 Days and 2 nights in:**
DAYTONA BEACH, FLORIDA..

~Plus~
**5 days** and **4 nights** in
ORLANDO
*With 2 tickets to the theme park of your choice!!*

ONLY $99 P.P!! *

Every reservation will receive:
3 Days and 2 Nights of resort accommodations
in your choice of:
Puerto Vallarta Mexico, La Vega, or Honolulu
Hawaii

With roundtrip airfare included for two!!
Space is limited so call today

TOLL FREE 1-877-287-6950

If you have received this fax in error please call 1-866-446-3129 to be removed
* Based on double occupancy, first 50 callers only.

---

Fm:Reservations To: (16022960135) 11:52 06/23/07GMT-5:00 Pg 01-01

To: All Employees
From : Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Three Vacations for the price of One!!

***Corporate Wholesale Rates***

Your Vacation package includes :
a 4 day 3 night
Bahamas Cruise
And island stay
All meals included on the ship!!!

3 days 2 nights in Daytona Beach Fla plus..
5 days & 4 nights in
Orlando
*With 2 tickets to the theme park of your choice!!!*

Instant E-Mail Confirmation

Only $199 p.p! *1st 50 reservations only
Plus port tax
2 KIDS UNDER 18 STAY FREE!!

- - -Bonus- - -
EVERY RESERVATION will receive :
*3* days and *2* nights in your choice of

*Puerto Vallarta, Las Vegas, or Honolulu Hawaii*
With Round trip airfare included!

SIERRA TRAVEL GROUP
Space is Limited, So Call Today
Toll Free 1-800-305-1794
If you have received this in error call toll free 1-866-395-8075 to be removed

---

Fm:Reservations To: 16022960135 12:13 11/06/07GMT-05 Pg 01-01

To: All Employees
From : Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

LOWEST RATES OF THE SEASON!

Your vacation package includes:
5 Days 4 Nights in:
ORLANDO
*With 2 tickets to theme park of your choice!!!*
3 Days 2 nights in:
Daytona Beach

~ PLUS ~
A 4 Day 3 night
BAHAMAS CRUISE!!
*And island stay, all meals included on the ship!!*

Instant E-Mail Confirmation

Only $99 p.p! *1rst 50 callers only
* Plus port tax

Every reservation will receive :
*3* days and *2* nights in your choice of
**Puerto Vallarta, Las Vegas, or Honolulu Hawaii with**

*ROUND TRIP AIRFARE INCLUDED!!!*

Space is Limited, So Call Today
Toll Free 1-800-305-1794
If you have received this in error call toll free 1-866-395-8075 to be removed

---

To: 16022960135 Fm:Reservations 11:18 12/17/07 PG 001

To: All Employees
From : Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Three Vacations for the price of one!!
*Take advantage of Fall rate drops!*

Your Vacation package includes :
5 days & 4 nights in
*Orlando*
*With 2 tickets to the theme park of your choice!!!*

3 days 2 nights in *Daytona Beach, Fla..*
Plus: A 4 day 3 night
Bahamas Cruise
And island stay
All meals included on the ship!!!

Only $99 p.p! *1st 50 reservations only
Plus port tax
CAN BE USED AS A CHRISTMAS GIFT!

EVERY RESERVATION will receive :
*3* days and *2* nights in your choice of
*Puerto Vallarta, Las Vegas, or Honolulu Hawaii*
With Round trip airfare included!

Space is Limited, So Call Today
TOLL FREE 1-866-412-7543

01/22/2008 12:21 PM 16022960136 1-866-412-7543 PAGE 1

To: All Employees
From : Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Start planning your vacation now!

Your vacation package includes:
5 Days 4 Nights in:
ORLANDO
*With 2 tickets to theme park of your choice!!!*
3 Days 2 nights in:
Daytona Beach
~ PLUS ~
A 4 Day 3 night
BAHAMAS CRUISE!!
*And island stay, all meals included on the ship!!*

Only $99 p.p! *1rst 50 callers only
* Plus port tax

Every reservation will receive :
**3** days and **2** nights in your choice of
*Puerto Vallarta, Las Vegas, or Honolulu Hawaii*
*with*
ROUND TRIP AIRFARE INCLUDED!!!
Space is Limited, So Call Today
Toll Free 1-866-412-7543
If you have received this in error call toll free 1-866-262-9033 to be removed

02/01/2008 1:05 PM 1-866-412-7543 16022960135 p.1

To: All Employees
From : Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Start planning your vacation now!

Your vacation package includes:
5 Days 4 Nights in:
ORLANDO
*With 2 tickets to theme park of your choice!!!*
3 Days 2 nights in:
Daytona Beach
~ PLUS ~
A 4 Day 3 night
BAHAMAS CRUISE!!
*And island stay, all meals included on the ship!!*

Only $99 p.p! *1rst 50 callers only
* Plus port tax

Every reservation will receive :
**3** days and **2** nights in your choice of
*Puerto Vallarta, Las Vegas, or Honolulu Hawaii*
*with*
ROUND TRIP AIRFARE INCLUDED!!!
Space is Limited, So Call Today
Toll Free 1-866-412-7543
If you have received this in error call toll free 1-866-262-9033 to be removed

03/21/2008 1:03 PM 1-866-412-7543 -> 16022960135 Page 1 of 1

To: All Employees
From : Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Start planning your vacation now!

Your vacation package includes:
5 Days 4 Nights in:
ORLANDO
*With 2 tickets to theme park of your choice!!!*
3 Days 2 nights in:
Daytona Beach
~ PLUS ~
A 4 Day 3 night
BAHAMAS CRUISE!!
*And island stay, all meals included on the ship!!*

Only $99 p.p! *1rst 50 callers only
* Plus port tax

Every reservation will receive :
**3** days and **2** nights in your choice of
*Puerto Vallarta, Las Vegas, or Honolulu Hawaii*
*with*
ROUND TRIP AIRFARE INCLUDED!!!
Space is Limited, So Call Today
Toll Free 1-866-412-7543
If you have received this in error call toll free 1-866-262-9033 to be removed

To: 16022960135 From: Corp Travel Dept 03/24/2008 10:58 AM P. 1 of 1

To: All Employees
From : Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Three Vacations for the price of one!!

Your vacation package includes:
**A 4 Day and 3 Night:**
BAHAMAS CRUISE!
*And Island stay, all meals included on the ship!!*
**3 Days and 2 nights in:**
DAYTONA BEACH, FLORIDA..
~Plus~
**5 days** and **4 nights** in
ORLANDO
*With 2 tickets to the theme park of your choice!!*
2 Kids Under 12 Stay FREE!!
ONLY $99 P.P!!*

Every reservation will receive:
3 Days and 2 Nights of resort accommodations
in your choice of:
Puerto Vallarta Mexico, Las Vegas , or Honolulu Hawaii
With roundtrip airfare included for two!!
Space is limited so call today
TOLL FREE 1-866-577-9783
If you have received this fax in error please call 1-866-262-9033 to be removed
* Based on double occupancy, first 50 callers only

03/28/2008 4:02 PM Corp Travel Dept -> 16022960135 1

To: All Employees
From : Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Three Vacations for the price of one!!

Your vacation package includes:
**A 4 Day** and **3 Night:**

BAHAMAS CRUISE!

*And Island stay, all meals included on the ship!!*

**3 Days and 2 nights in:**

*DAYTONA BEACH, FLORIDA..*

~Plus~
**5 days** and **4 nights** in

*With 2 tickets to the theme park of your choice!!*

ONLY $99 P.P!!*

Every reservation will receive:
3 Days and 2 Nights of resort accommodations
in your choice of:
Puerto Vallarta Mexico, Las Vegas , or Honolulu
Hawaii

With roundtrip airfare included for two!!
Space is limited so call today

TOLL FREE 1-866-577-9783

If you have received this fax in error please call 1-866-262-9033 to be removed.
* Based on double occupancy, first 50 callers only

04/07/2008 10:49 AM Corp Travel Dept -> 16022960135 1

To: All Employees
From : Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Start planning your vacation now!

Your vacation package includes:
5 Days 4 Nights in:
ORLANDO
*With 2 tickets to theme park of your choice!!!*
3 Days 2 nights in:
Daytona Beach
~ *PLUS* ~
A 4 Day 3 night
BAHAMAS CRUISE!!
*And island stay, all meals included on the ship!!*

Only $99 p.p! *1rst 50 callers only
*Plus port tax

Every reservation will receive :
**3** days and **2** nights in your choice of
*Puerto Vallarta, Las Vegas, or Honolulu Hawaii*
*with*
ROUND TRIP AIRFARE INCLUDED!!!
Space is Limited, So Call Today

Toll Free 1-877-573-2051

If you have received this in error call toll free 1-866-346-7422 to be removed

04/18/2008 11:20 AM 16022960136 Corp Travel Dept PAGE 1

To: All Employees
From: Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Three Vacations for the price of one!!

Your vacation package includes:
**A 4 Day** and **3 Night:**

BAHAMAS CRUISE!

*And Island stay, all meals included on the ship!!*

**3 Days and 2 nights in:**

*DAYTONA BEACH, FLORIDA..*

~Plus~
**5 days** and **4 nights** in

*With 2 tickets to the theme park of your choice!!*

ONLY $99 P.P!! *

Every reservation will receive:
3 Days and 2 Nights of resort accommodations
in your choice of:
Puerto Vallarta Mexico, Las Vegas , or Honolulu
Hawaii

With roundtrip airfare included for two!!
Space is limited so call today

TOLL FREE 1-877-573-2051

If you have received this fax in error please call 1-866-346-7422 to be removed
* Based on double occupancy, first 50 callers only

04/29/2008 4:07 PM Corp Travel Dept 16022960135 p. 1

To: All Employees
From: Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Three Vacations for the price of one!!

Your vacation package includes:
**A 4 Day** and **3 Night:**

BAHAMAS CRUISE!

*And Island stay, all meals included on the ship!!*

**3 Days and 2 nights in:**

*DAYTONA BEACH, FLORIDA..*

~Plus~
**5 days** and **4 nights** in

*With 2 tickets to the theme park of your choice!!*

ONLY $99 P.P!! *

Every reservation will receive:
3 Days and 2 Nights of resort accommodations
in your choice of:
Puerto Vallarta Mexico, La Vega , or Honolulu
Hawaii

With roundtrip airfare included for two!!
Space is limited so call today

TOLL FREE 1-877-287-6950

If you have received this fax in error please call 1-866-351-2276 to be removed

To: 16022960135 From: Coro Travel Dept 05/22/2008 1:15 PM P. 1 of 1

To: All Employees
From: Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Three Vacations for the price of one!!

Your vacation package includes:
**A 4 Day** and **3 Night:**

BAHAMAS CRUISE!

*And Island stay, all meals included on the ship!!*

**3 Days and 2 nights in:**

DAYTONA BEACH, FLORIDA..

~Plus~
**5 days** and **4 nights** in

ORLANDO

*With 2 tickets to the theme park of your choice!!*

2 Kids Under 18 Stay FREE!!

ONLY $99 P.P!! *

Every reservation will receive:
3 Days and 2 Nights of resort accommodations
in your choice of:
Puerto Vallarta Mexico, La Vega , or Honolulu
Hawaii

With roundtrip airfare included for two!!
Space is limited so call today

TOLL FREE 1-877-287-6950

If you have received this fax in error please call 1-866-446-3129 to be removed

To: 16022960135 From: Coro Travel Dept 06/04/2008 4:02 PM P. 1 of 1

To: All Employees
From: Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Three Vacations for the price of one!!

Your vacation package includes:
**A 4 Day** and **3 Night:**

BAHAMAS CRUISE!

*And Island stay, all meals included on the ship!!*

**3 Days and 2 nights in:**

DAYTONA BEACH, FLORIDA..

~Plus~
**5 days** and **4 nights** in

ORLANDO

*With 2 tickets to the theme park of your choice!!*

2 Kids Under 18 Stay FREE!!

ONLY $99 P.P!! *

Every reservation will receive:
3 Days and 2 Nights of resort accommodations
in your choice of:
Puerto Vallarta Mexico, La Vega , or Honolulu
Hawaii

With roundtrip airfare included for two!!
Space is limited so call today

TOLL FREE 1-877-287-6950

If you have received this fax in error please call 1-866-446-3129 to be removed

# EXHIBIT 2
# Vacation Clearance Center and Tour Unsolicited Faxes

03/10/2008 08:09 AM P. 1 of 1

*11 Day DREAM VACATION.....*

*Take together or separate*

*2 Children FREE with 2 Paid Adults!*

**5 days and 4 nights in**

*ASK ABOUT 2 THEME PARK TICKETS

**PLUS - 3 days and 2 nights Daytona Beach, St. Petersburg, Or Ft. Lauderdale FL**

PLUS-3 days and 2 nights Bahamas Cruise

*All this for Only*

**$ 99**

pp base on double occupancy

**BONUS:**

- 5 DAYS CANCUN OR
- 7 DAYS PUERTO VALLARTA
- 8 DAYS ALL INCLUSIVE DOMINICAN REPUBLIC

*For The First 50 Callers!*

VACATION CLEARANCE CENTER AND TOUR – LICENSED-BONDED-INSURED

Toll Free 1-800-471-2599

To remove Call toll free 1-866-395-8075

05/14/2008 09:09 AM P. 1 of 1

*11 Day Magical Vacation.....*

*Take together or separate*

*2 Children FREE with 2 Paid Adults!*

**5 days and 4 nights in**

*ASK ABOUT 2 THEME PARK TICKETS

**PLUS - 3 days and 2 nights Daytona Beach and Ft. Lauderdale**

CALL NOW LIMITED AVAILABILITY

PLUS-3 days and 2 nights Bahamas Cruise

BONUS:

- 5 DAYS CANCUN OR 7 DAYS PUERTO VALLARTA
- 8 DAYS ALL INCLUSIVE DOMINICAN REPUBLIC

*For The First 50 Callers!*

*All this for Only*

**$ 99**

pp base on double occupancy

VACATION CLEARANCE CENTER AND TOUR – LICENSED-BONDED-INSURED

Toll Free 1-800-469-1275

To remove Call toll free 1-866-793-7402




# EXHIBIT 3
# Human Resources Department Unsolicited Faxes

06/05/2008 06:22 PM P. 1 of 1

**Memo**

**To:** All Corporate Employees
**From:** Human Resources Dept.
**Re:** Employee Vacation Time
**Reply To:** 1-800-679-1235

PLEASE BE ADVISED:

**For a limited time only we are offering to all employees access to our company vacation packages at the wholesale rate (you save nearly $3,000 per couple). These under-booked vacations are good for one year and will be made available on a first come first serve basis.**

**Please review the vacation details if you are interested.**

**Destination:** Cancun, Mexico OR Mayan Riviera (quantities limited)

**Duration:** 6 days **$361** pp

**Dates:** Open dated valid for 1 YEAR

**Included in package:**

-**Corporate Meal Plan** – All Meals and Drinks included 24 hrs a day

**-Free Oceanfront Resort Upgrade**

**-Children stay and eat for free**

**-Unlimited non motor watersports**

Please Contact us to Reserve

1

To no longer receive these requested promotions in the future, please call 1-877-234-9536.

06/06/2008 12:03 PM P. 1 of 1

**Memo**

**To:** All Corporate Employees
**From:** Human Resources Dept.
**Re:** Employee Vacation Time
**Reply To:** 1-800-679-1235

PLEASE BE ADVISED:

**For a limited time only we are offering to all employees access to our company vacation packages at the wholesale rate (you save nearly $3,000 per couple). These under-booked vacations are good for one year and will be made available on a first come first serve basis.**

**Please review the vacation details if you are interested.**

**Destination:** Cancun, Mexico OR Mayan Riviera (quantities limited)

**Duration:** 6 days **$361** pp

**Dates:** Open dated valid for 1 YEAR

**Included in package:**

-**Corporate Meal Plan** – All Meals and Drinks included 24 hrs a day

**-Free Oceanfront Resort Upgrade**

**-Children stay and eat for free**

**-Unlimited non motor watersports**

Please Contact us to Reserve

1

To no longer receive these requested promotions in the future, please call 1-877-234-9536.

# EXHIBIT 4
# Sierra Travel Unsolicited Faxes

To: 16022960135 Fm:Reservations 13:25 12/04/07 PG 001

To: All Employees
From : Corporate Travel Department
Our Corporate Travel Department has asked if you would distribute this memo freely to all employees.

Three Vacations for the price of one!!
*Take advantage of Fall rate drops!*

Your Vacation package includes :
5 days & 4 nights in
*Orlando*
*With 2 tickets to the theme park of your choice!!!*

3 days 2 nights in *Daytona Beach, Fla..*
Plus: A 4 day 3 night
Bahamas Cruise
And island stay
All meals included on the ship!!!

Only $99 p.p! *1st 50 reservations only
Plus port tax

CAN BE USED AS A CHRISTMAS GIFT!

EVERY RESERVATION will receive :
**3** days and **2** nights in your choice of
*Puerto Vallarta, Las Vegas, or Honolulu Hawaii*
With Round trip airfare included!

SIERRA TRAVEL GROUP
Space is Limited, So Call Today
Toll Free 1-800-305-1794

# EXHIBIT 5
# Travel Special Unsolicited Faxes

To:6022960135 From:Travel Special 07/13/2007 Page 1/1 10:03AM

**Vacation Clearance Center**

ST-35843
Attention: Associates
Corporate Vacation Closeout
**FINAL NOTICE - Today Only**

**This is your last chance to purchase this years #1 Travel Offer for**
*Orlando, The Beach and a Bahamas Cruise Vacation.*
**Please keep in mind that these vacations can be taken together or as separate vacations!**

| ITINERARY | RETAIL | YOUR PRICE |
|---|---|---|
| 5 DAYS/4 NIGHTS Luxury Resort Accommodations At Main gate of Disney - ORLANDO,FL | ~~$500.00~~ | INCLUDED |
| 3 DAYS/2 NIGHTS Oceanfront in Daytona Beach, St. Pete, or Ft. Lauderdale, Florida - YOUR CHOICE | ~~$250.00~~ | INCLUDED |
| 3 DAYS/2 NIGHTS on a luxurious cruise to Nassau, Bahamas. All meals, cabin, and entertainment INCLUDED | ~~$800~~ | INCLUDED |
| BONUS for the FIRST 50 CALLERS! **5 Days Oceanfront in Cancun or 7 Days Puerto Vallarta, Mexico (Must be 25 or over for Mexico) ALL NEW – DOMINICAN REPUBLIC ALL INCLUSIVE! 8 days/7 nights *INCLUDED COMPLIMENTARY* | ~~$1,000.00~~ ~~$1050~~ | INCLUDED |
| TOTAL VALUE | ~~$3600~~ | |
| Your Price ONLY | | $299 PP |

***Registered Seller of Travel***
Licensed – Bonded – Insured
IATAN & CLIA ACCREDITED!

CALL
**1-800-592-2140**
To Reserve Your Package TODAY!
FIRST COME FIRST SERVE

**2 Kids FREE with 2 PAID Adults!**

**YOU RECEIVE ALL OF THE ABOVE VACATIONS FOR ONLY $299 Per Person (Dbl Occ)**
S-STAR TRAVEL
*ST 35843*
***If you have received this Document in ERROR, Please call 1-866-643-7066 to be REMOVED***

To:6022960135 From:Travel Special 09/11/2007 Page 1/1 01:55PM

**From:** Corporate Travel Department

**To:** All Employees & Families

**Subject:** 70% off Florida, Bahamas Cruise Vacations – ST35843

<u>Your 9 Day 8 Night Vacation Includes</u>

5 days and 4 nights
In Orlando Florida next to Walt Disney World
(Ask about FREE Theme Park Tickets)

Then it's off to the Beach
3 Days and 2 Nights on one of Florida's Finest Beaches
Daytona or St. Pete
(Ft. Lauderdale also available)

Next you will depart on your all inclusive
3 Day and 2 Night roundtrip Bahamas Cruise,
Sailing from Ft. Lauderdale Florida to Nassau Bahamas
And includes your cabin, all meals, and entertainment.

This trip has a retail value of over $2700.00

It's yours for only <u>$325.00</u> Canadian per person dbl occ.
2 Children same room no charge

**Call Toll Free 1-800-592-2140**
Tickets are on a first come first serve basis
S-Star Travel
Licensed – Bonded – Insured – CLIA - IATAN

And as a special bonus for the first 50 callers, you will receive
8 days all inclusive Dominican Republic
5 days Cancun or 7 days Puerto Vallarta Mexico
*Plus* 3 Days Las Vegas

*To have your number removed from our Database, call Toll Free 1-866-418-2965*

