Peter Strojnik, 006464
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *Strojnik@aol.com*
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CLIPPER INVESTMENTS, LLC, a Nevada limited liability company; PETER STROJNIK, P.C., an Arizona Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ABC DEFENDANTS 1-10 d/b/a CORPORATE TRAVEL DEPARTMENT and/or VACATION CLEARANCE CENTER AND TOUR and/or HUMAN RESOURCES DEPARTMENT and/or SIERRA TRAVEL GROUP and/or TRAVEL SPECIAL, all fictitious entities; UNIDENTIFIED DEFENDANTS 11-50.<br><br>Defendants. | NO.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Corporate Plaintiff in compliance with provision 7.1 of the Federal Rules of Civil Procedure. Corporate Plaintiff has no parent corporation and no public corporation owns 10% or more of its stock.

RESPECTFULLY SUBMITTED this 17th day of June, 2008.

PETER STROJNIK, P.C.

_____
Peter Strojnik
Attorney for the Plaintiff

-1-