IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clipper Investments, LLC, et al.,<br><br>         Plaintiffs,<br><br>vs.<br><br>Quiles, et al.,<br><br>         Defendants. | No.  CIV 08-1127-PHX-DKD<br><br>**ORDER** |

Plaintiffs' Complaint was filed on June 17, 2008 (Doc. #1); the Amended Complaint was filed on August 6, 2008 (Doc. #5). On January 9, 2009, the Court issued an Order directing all parties to the action to execute and file either a written consent to the exercise of authority by the Magistrate Judge or a written election to have the case reassigned to a District Judge (Doc. #10). After the Plaintiffs failed to comply with the Court's Order, an order to show cause was issued on February 3, 2009 as to why this case should not be dismissed (Doc. #11). On February 6, 2009, Plaintiffs filed their response to the Court's Order and submitted a return of service as to both Defendants (##12, 14, 15). On February 6, 2009, Plaintiffs filed an Application for Entry of Default (Doc. #13); default was entered on February 9, 2009 (Doc. #16). The Docket at No. 4 indicates an agreement to magistrate judge jurisdiction and only one party has made an appearance in this case. Accordingly, magistrate judge jurisdiction exists pursuant to 28 U.S.C. § 636(c).

On August 14, 2009, the Court issued an Order directing the Plaintiffs to show cause why this matter should not be dismissed for failure to prosecute or move for judgment (Doc.

1 #17). *Fresquez v. Solario*, 2009 WL 2191449 (9th Cir. 2009) (citing *Pagtalunan v. Galaza*, 291
2 F.3d 639, 642-43 (9th Cir. 2002 ) (discussing factors that courts must consider in determining
3 whether to dismiss for failure to comply with court orders).

4       The Court has offered Plaintiffs multiple opportunities to comply with the Rules of Civil
5 Procedure and this Court's Orders, but to no avail. The Court's efforts to propel Plaintiffs to
6 comply with the Rules' command of "just, speedy, and inexpensive determination of every
7 action", Rule 1, Fed. R. Civ. P., have been met with non-compliance with the Rules or with no
8 response at all. Plaintiffs' conduct offends the public's interest in expeditious resolution of
9 litigation as well as the need for the Court to manage its docket efficiently. The Court has
10 repeatedly warned Plaintiffs that failure to comply with its orders may result in the dismissal
11 of this action. Moreover, Plaintiffs have acknowledged in their filing at Docket No. 12 the
12 potential for dismissal for want of prosecution pursuant to LRCiv 41.1. More than six months
13 have passed since Plaintiffs have taken any action in this case and there has been no response
14 to the Court's August 14, 2009 Order to Show Cause as to why the case should not be dismissed
15 for failure to prosecute.

16       Accordingly, due to Plaintiffs' failure to comply with the Court's Order dated August 14,
17 2009, and for want of prosecution,

18       **IT IS HEREBY ORDERED** dismissing this case without prejudice.
19       DATED this 10th day of September, 2009.

David K. Duncan
United States Magistrate Judge